# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALVIN LESLIE,<br><br>  Plaintiff<br><br>v.<br><br>DR. BERNSTEIN, et al.,<br><br>  Defendants | Case No.: 3:25-cv-00569-MMD-CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge**<br><br>Re: ECF Nos. 1, 1-1, 1-2 |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections (NDOC), has filed an application to proceed in forma pauperis (IFP) (ECF No. 1), a pro se complaint (ECF No. 1-1), and a motion for appointment of counsel (ECF No. 1-2).

The Plaintiff's complaint in this case (ECF No. 1-1) is duplicative of an earlier complaint he filed on September 3, 2025. *See* ECF No. 3:25-cv-00521-ART-CSD. The only differences are minor: (1) the complaint in this case names two fewer defendants; and (2) the complaint in this case refers to "Metro" while the earlier complaint uses the word "police." There are no other substantive differences. Because the complaint in this case is duplicative of the complaint filed in Case No. 3:25-cv-00521-ART-CSD, the court recommends that the District Judge enter an order dismissing this action. The dismissal should be without prejudice to file the complaint in this case as an amended complaint in Case No. 3:25-cv-00521-ART-CSD, should Plaintiff so choose.

The pending application for leave to proceed in forma pauperis and motion for appointment of counsel should be denied as moot.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order:

(1) **DISMISSING** this action without prejudice to re-file as an amended complaint in Case No. 3:25-cv-00521-ART-CSD; and

(2) **DENYING AS MOOT** Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) and motion for appointment of counsel (ECF No 1-2).

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

**IT IS SO ORDERED**.

Dated: October 20, 2025

_____
Craig S. Denney
United States Magistrate Judge