UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALVIN LESLIE,<br><br>　　　　　　　Plaintiff,<br>　v.<br>DR. BERNSTEIN, *et al.*,<br>　　　　　　　Defendants. | Case No. 3:25-cv-00569-MMD-CSD<br><br>ORDER |

Pro se Plaintiff Calvin Leslie, who is an inmate in the custody of the Nevada Department of Corrections, brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation (ECF No. 4 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss this action without prejudice and denying as moot Leslie's application to proceed in forma pauperis (ECF No. 1 ("IFP")) and motion for appointment of counsel (ECF No. 1-2). Leslie had until November 3, 2025, to file an objection. To date, no objection has been filed. For this reason, and as explained below, the Court adopts the R&R in full and dismisses this action without prejudice.

Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Denney recommends dismissing this action without prejudice to re-file because Leslie's complaint

(ECF No. 1-1) is duplicative[1] of an earlier complaint filed in Case No. 3:25-cv-00521-ART-CSD.

The Court agrees and will adopt Judge Denney's R&R in full.

It is therefore ordered that this action is dismissed without prejudice. Leslie may seek to re-file the complaint as an amended complaint in Case No. 3:25-cv-00521-ART-CSD.

It is further ordered that Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1) and motion for appointment of counsel (ECF No. 1-2) is denied as moot.

The Clerk of Court is directed to close this case.

DATED THIS 6th Day of November 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Judge Denney noted only minor differences between the two complaints, namely, this Complaint has two fewer defendants, and it refers to "Metro" where the earlier complaint used the word "police." (ECF No. 4 at 1.)